**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Insource Supplies LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 85-0977750 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 200 East 79th Street, No. 9B<br>New York, NY 10075<br>Number, Street, City, State & ZIP Code | 252 South Street, No. 69E<br>New York, NY 10002<br>P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | InsourceSupplies.com |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __Insource Supplies LLC__                                        Case number (if known) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☒ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __4234__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    Insource Supplies LLC                                          Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49                 ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000             ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000             ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐  $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    Insource Supplies LLC _____    Case number (*if known*) _____
         Name

▬▬▬ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 1, 2024___
             MM / DD / YYYY

X _____          Eli Bensoussan
   Signature of authorized representative of debtor    Printed name

Title ___Managing Member___

**18. Signature of attorney**

X _____          Date ___April 1, 2024___
   Signature of attorney for debtor                   MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   knash@gwfglaw.com

NY
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                              Chapter 11/Subchapter V

Insource Supplies LLC,                                              Case No.

                            Debtor.

-------------------------------------------------------------x

## COMPANY RESOLUTION OF INSOURCE SUPPLIES LLC

WHEREAS, at a special meeting of the Members and Managers of Insource Supplies LLC (the "Company") held on April 1, 2024 and after motion duly made and carried, it was:

**RESOLVED**, that the Company is authorized to file for relief under the Small Business provisions of Chapter 11 (Subchapter V) of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York; and it is further

**RESOLVED,** that Eli Bensoussan is hereby authorized, directed and empowered to execute and deliver, on behalf of the Company, all petitions, declarations and other documents, and to do all such other things on behalf of the Company as may be required in connection with the Chapter 11 proceeding; and it is further

**RESOLVED**, that the Company is authorized to retain the firm of Goldberg Weprin Finkel Goldstein LLC as its bankruptcy counsel.

Dated: New York, NY
         April 1, 2024


                                        Insource Supplies LLC

                                        By:    _____
                                               Name:  Eli Bensoussan
                                               Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11/Subchapter V

Insource Supplies LLC,                                                    Case No.

                                    Debtor.
-------------------------------------------------------------x

## DECLARATION OF ELI BENSOUSSAN PURSUANT
## TO LOCAL BANKRUPTCY RULE 1007-2

Eli Bensoussan declares the following under penalties of perjury pursuant to 28
U.S.C. §1746:

1.      I am the managing member of Insource Supplies LLC (the "Debtor" or the
"Company"), and as such, I am fully familiar with the facts and circumstances set forth herein.

2.      I respectfully submit this Declaration in support of the Debtor's commencement of
a case under the Small Business Reorganization Act and Subchapter V of Chapter 11 of the U.S.
Bankruptcy Code.  The purpose of this Declaration is to provide pertinent information regarding
the circumstances prompting the bankruptcy filing and the Debtor's strategies for reorganization.

**Salient Events Leading up to the Chapter 11 Filing**

3.      The Debtor is a medical supply company operating mainly in the secondary market.
The Company was first organized in 2020 and was able to immediately capitalize on the demand
for personal protective equipment ("PPE") (*i.e.*, gloves and masks) arising out of the Covid-19
pandemic.  The Company's revenues quickly grew to approximately $12.364 million by 2021, but
revenues have since declined considerably to approximately $1.0 million in 2023 because the
Debtor was unable to obtain exclusive distribution contracts from area hospitals and medical
providers.

4.      Forsaking contract work, the Debtor attempted to reposition its business to providing emergency procurements to fill gaps in medical supplies needed by hospitals and medical providers on an ad-hoc basis.  The Debtor believes that this revised business model will enable the Company to increase gross annual sales in conjunction with a new sales relationship with Astor Pharmaceutical LLC ("Astor").

5.      At this point in time, the Debtor lacks liquidity and does not have available cash to fulfill pending orders of approximately $781,000, the largest one being an order from DDS Supply for 1,040 cases of Cavi Wipes (disinfectant wipes).

6.      Going forward, the Debtor will essentially act as an independent sales agent for Astor under a written agreement, with Astor purchasing the goods to complete the Debtor's orders based upon a 50%-50% sharing of net profits (*i.e.*, sales price of goods minus costs of goods sold). Another benefit is that Astor pays for all operating expenses such that the Debtor's share of profits does not require payment for any of these items, which constitutes a significant savings.

7.      Based upon this new arrangement, the Debtor can concentrate on generating new sales without being burdened with overhead expenses.  The Debtor projects that the relationship with Astor will yield net bottom line profits of about $50,000 per month.

8.      Over the last two years, the Debtor financed its operations with CF Bank National Association ("CF Bank") under a revolving credit line in the principal sum of $1.5 million at an interest rate of prime plus two (2%) percent.

9.      Due to diminished revenues, however, the Debtor became delinquent under its credit line and has exhausted all availability.  For more than a year's time, the Debtor was able to pay monthly interest of $127,500 prior to the start of defaults earlier this year in February 2024. CFBank quickly instituted a collection and enforcement action in the Court of Common Pleas,

2

Summit County, Ohio (Columbus, OH) and obtained an Order directing the appointment of a Receiver effectively on default without proper service on the Debtor.

10.    The involvement of the Receiver would ruin any opportunity to develop a new business relationship with Astor. Accordingly, the decision was made to seek Chapter 11 relief in order to preserve the Debtor's business options while efforts are undertaken to restructure the CFBank working capital loan.

11.    The Debtor anticipates that issues will arise concerning whether pending orders from customers prior to delivery constitute eligible receivables under the Debtor's borrowing base from CF Bank. The Debtor was advised by its pre-bankruptcy general counsel that invoiced orders were eligible receivables under the borrowing base, although upon further review it appears that this might not be the case. For purposes of bankruptcy, the Debtor has separated shipped invoices from pending orders prior to delivery and the Debtor has also voided any pending order that cannot be fulfilled even under the new relationship with Astor.

12.    Even before the relationship with Astor, the Debtor ended its sublease and closed its New Jersey warehouse. Moreover, the Debtor has reduced its workforce to less than a handful of 1099 employees and currently operates out of my residence in New York City.

13.    The Debtor is a pass-through tax entity with all income and losses comprising part of my individual 1040 personal tax returns.

### Local Rule 1007-2 and Subchapter V Disclosures

14.    Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

15.    Pursuant to Local Rule 1007-2(a)(4), a full set of schedules is being filed herewith, including the names and addresses of all creditors.

16.    Pursuant to Local Rule 1007-2(a)(5), the Debtor's sole secured creditor is CFBank.

3

# Insource Supplies, LLC

## Profit and Loss

### January - December 2023

| | TOTAL |
|---|---:|
| **Income** | |
| Billable Expense Income | 590.00 |
| Sales | 1,052,828.09 |
| Sales of Product Income | 64,280.88 |
| **Total Income** | **$1,117,698.97** |
| **Cost of Goods Sold** | |
| Commission | 3,728.00 |
| Cost of Goods Sold | 957,282.05 |
| Purchases | 100.00 |
| Shipping | 8,570.14 |
| **Total Cost of Goods Sold** | **$969,680.19** |
| **GROSS PROFIT** | **$148,018.78** |
| **Expenses** | |
| Advertising & Marketing | 5,000.00 |
| American express payments | 305,249.00 |
| Bank Charges & Fees | 7,001.71 |
| Car & Truck | 11,973.00 |
| Communication | 3,112.38 |
| Computer/IT Services | 742.50 |
| Contractors | 50,586.35 |
| Credit Card Processing Fees | 1,054.85 |
| Dues & Subscriptions | 700.00 |
| Insurance | 59,443.74 |
| Interest Paid | 101,149.71 |
| Legal & Professional Services | 252,720.60 |
| Meals & Entertainment | 10,279.22 |
| office expense | 84,000.00 |
| Office Supplies & Software | 1,005.05 |
| Other Business Expenses | 288,963.92 |
| Payroll Expenses | 37,637.73 |
| Taxes | 7,723.76 |
| Wages | 161,618.14 |
| **Total Payroll Expenses** | **206,979.63** |
| Payroll Processing Fees | 2,263.52 |
| Reimbursable Expenses | 314,336.86 |
| Taxes & Licenses | 142,837.65 |
| Transportation | 2,314.78 |
| Travel | 28,359.44 |
| Uncategorized Expense | 1,209.79 |
| **Total Expenses** | **$1,881,283.70** |
| NET OPERATING INCOME | **$ -1,733,264.92** |

# Insource Supplies, LLC

## Profit and Loss

### January - December 2023

|  | TOTAL |
|---|---|
| Other Income |  |
| Interest Earned | 2,700.65 |
| **Total Other Income** | **$2,700.65** |
| NET OTHER INCOME | **$2,700.65** |
| NET INCOME | **$ -1,730,564.27** |

# Insource Supplies, LLC

## Balance Sheet

### As of March 26, 2024

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CF Bank #1328 | 50.89 |
| CF Bank #1336 | 0.00 |
| CHASE | 0.38 |
| CHASE BUS PREM SAV (5295) - 2 | 0.00 |
| PLAT BUS CHECKING (5710) | 0.00 |
| PLAT BUS CHECKING (7728) - 2 | -1,962.25 |
| SAVINGS (7675) | 0.00 |
| **Total Bank Accounts** | **$ -1,910.98** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 445,797.52 |
| **Total Accounts Receivable** | **$445,797.52** |
| Other Current Assets | |
| Exchange | 0.00 |
| Inventory Asset | 54,679.80 |
| Loan Cebo Decor | 15,000.00 |
| Repayment | |
| Advance Repayment | 0.00 |
| **Total Repayment** | **0.00** |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$69,679.80** |
| **Total Current Assets** | **$513,566.34** |
| **TOTAL ASSETS** | **$513,566.34** |

# Insource Supplies, LLC

## Balance Sheet

### As of March 26, 2024

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 361,767.62 |
| **Total Accounts Payable** | **$361,767.62** |
| Other Current Liabilities |  |
| Accrued Expense | 0.00 |
| CF Bank LOC #5192 | 1,498,104.89 |
| Customer Deposits | 29,747.32 |
| Direct Deposit Payable | 0.00 |
| Loan - Level 8 | 0.00 |
| Loan Payable - American Express | 12,550.00 |
| Loan Payable DASHCORP | 261,379.00 |
| Payroll Liabilities |  |
| Federal Taxes (941/944) | 10,528.74 |
| Federal Unemployment (940) | 882.00 |
| FL Unemployment Tax | 378.00 |
| IL Income Tax | 1,237.50 |
| NJ Income Tax | 0.00 |
| **Total Payroll Liabilities** | **13,026.24** |
| **Total Other Current Liabilities** | **$1,814,807.45** |
| **Total Current Liabilities** | **$2,176,575.07** |
| Long-Term Liabilities |  |
| Other Long Term Liabilities | 0.00 |
| Shareholder Loan | 0.00 |
| **Total Long-Term Liabilities** | **$0.00** |
| **Total Liabilities** | **$2,176,575.07** |
| Equity |  |
| Opening Balance Equity | 57,866.50 |
| Retained Earnings | -1,868,945.91 |
| Shareholder Distributions | 35,245.50 |
| Charity Direct Payments To | 0.00 |
| Medical and Dental | -8.14 |
| Shareholder 3713 Bendemeer | 0.00 |
| **Total Shareholder Distributions** | **35,237.36** |
| Net Income | 112,833.32 |
| **Total Equity** | **$ -1,663,008.73** |
| **TOTAL LIABILITIES AND EQUITY** | **$513,566.34** |

# Insource Supplies, LLC

### Profit and Loss

January 1 - March 26, 2024

| | TOTAL |
|---|---:|
| Income | |
| Billable Expense Income | 1,770.00 |
| Sales | 164,108.32 |
| Sales of Product Income | 31,504.00 |
| Uncategorized Income | 738.17 |
| **Total Income** | **$198,120.49** |
| Cost of Goods Sold | |
| Commission | 250.00 |
| Cost of Goods Sold | 18,931.43 |
| Shipping | 241.98 |
| **Total Cost of Goods Sold** | **$19,423.41** |
| **GROSS PROFIT** | **$178,697.08** |
| Expenses | |
| Bank Charges & Fees | 596.93 |
| Communication | 860.22 |
| Contractors | 7,300.00 |
| Credit Card Processing Fees | 276.62 |
| Insurance | 1,585.02 |
| Interest Paid | 1,205.37 |
| Legal & Professional Services | 14,050.00 |
| Meals & Entertainment | 2,814.33 |
| Office Supplies & Software | 303.86 |
| Other Business Expenses | 27,831.90 |
| Payroll Expenses | 126.30 |
| Payroll Processing Fees | 126.30 |
| Transportation | 7,674.68 |
| Travel | 1,112.23 |
| **Total Expenses** | **$65,863.76** |
| NET OPERATING INCOME | **$112,833.32** |
| NET INCOME | **$112,833.32** |

17.     Pursuant to Local Rule 1007-2(a)(6), a current balance sheet is being filed herewith on an accrual basis.  The company's 2023 profit and loss statement, which is prepared on a cash basis, is also attached.

18.     Pursuant to Local Rule 1007-2(a)(7), I am the sole member of the Debtor.

19.     Pursuant to Local Rule 1007-2(a)(8), a Receiver was recently appointed by the Ohio Court.

20.     Pursuant to Local Rule 1007-2(a)(9), the Debtor does not own any real estate.

21.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained at my home in New York City.

22.     Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is attached.

23.     The Debtor anticipates a limited payroll under its arrangement with Astor, plus my reduced salary of $3,000 per week.

24.     Attached hereto is a business projection based upon the Debtor's anticipated new relationship with Astor.

Dated: New York, NY
      April 1, 2024

                                                     Eli Bensoussan

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11/Subchapter V

Insource Supplies LLC,                                          Case No.

                              Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

       Eli Bensoussan                    100% Member


Dated: New York, NY
      April 1, 2024

                              Insource Supplies LLC


                              By: _____
                                  Name: Eli Bensoussan
                                  Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11/Subchapter V

Insource Supplies LLC,                                          Case No.

                          Debtor.
-------------------------------------------------------------x

### RULE 7.1 CORPORATE OWNERSHIP STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1, Insource Supplies LLC, certifies

that it is a private non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.

Dated: New York, NY
      April 1, 2024

                Insource Supplies LLC

        By:  _____
                Name: Eli Bensoussan
                Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

Insource Supplies LLC,                                    Case No. /Subchapter V

                          Debtor.
-------------------------------------------------------------x

## LIST OF PENDING LAWSUITS

1.  Title:  CFBank National Association v. Insource Supplies LLC and Elisha Bensoussan

    Court:  Court of Common Pleas of Summit County, Ohio
            Case No. CV2024-02-0868

    Nature of Suit:  Breach of contract

    Attorney for the Plaintiff:     Daniel A. Yarmesch, Esq.
                                    Kemp, Schaeffer & Rowe Co. L.P.A.
                                    88 West Mound Street
                                    Columbus, OH 43215
                                    614-224-2628

2.  Title:  H. Crimson Inc. v. Insource Supplies LLC and Eli Bensoussan

    Court:  Supreme Court of the State of New York, County of New York
            Index No. 650679/2021

    Nature of Suit:  Breach of contract

    Attorney for the Plaintiff:     Harlan M. Lazarus, Esq.
                                    Lazarus & Lazarus, P.C.
                                    240 Madison Avenue, 8th Floor
                                    New York, NY 10016
                                    212-889-7400

3.    Title:  Unitedhealthcare Services, Inc. v. Insource Supplies LLC

Court:  Supreme Court of the State of New York, County of New York
        Index No. 653397/2023

Nature of Suit:  Breach of contract

Attorney for the Plaintiff:        Vitaly Vilenchik, Esq.
                                   Hinshaw & Culbertson LLP
                                   800 Third Avenue, 13th Floor
                                   New York, NY 10022
                                   212-655-3802

4.    Title:  Acme Paper & Supply Co., Inc. v. Insource Supplies LLC

Court:  Maryland Circuit Court for Howard County
Index No. C-13-CV-23-000066

Nature of Suit:  Breach of contract

Attorney for the Plaintiff:        Ira Lee Oring, Esq.
                                   Fedder & Garten LLP
                                   10096 Red Run Boulevard, Suite 200
                                   Owings Mills, MD 21117

5.    Title:  Tidi Products LLC. v. Insource Supplies LLC

Wisconsin Circuit Court, Winnebago County
Index No. 2023 CV 000459

Nature of Suit:  Breach of contract

Attorney for the Plaintiff:        Darrel R. Zall, Esq.
                                   Kohner Mann & Kailas, S.C.
                                   4650 North Port Washington Road
                                   Milwaukee, WI 53212

6.    Title:  Insource Supplies LLC v. ADP Logistics

New York Supreme Court,  New York County
Index No. 11447/2023

Nature of Suit:  Breach of contract

2

Attorney for the Plaintiff:    Timothy Wedeen, Esq.
Wedeen & Kavangh
15 West 38th Street
4th Floor, Suite 748
New York, NY 10018

Dated: New York, NY
April 1, 2024

Insource Supplies LLC

By:  _____

Name: Eli Bensoussan
Title:   Managing Member

3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Insource Supplies LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acme Paper & Supply Co., Inc. 8229 Sandy Court Savage, MD 20763 | | Goods and Services | Unliquidated Disputed | | | $120,000.00 |
| Armstrong Teasdale 7 Times Square, 44th Floor` New York, NY 10036 | | Legal | Unliquidated Disputed | | | $102,633.02 |
| CFBank National Association c/o David A. Yarmesch, Esq. Kemp Shaeffer & Rowe 88 West Mound Street Columbus, OH 43215 | | Trade receivables Accounts Receivable | Unliquidated | $1,500,000.00 | $123,893.02 | $1,376,106.98 |
| CIA Medical 7542 St. Louis Ave. Skokie, IL 60076 | | Goods and Services | Unliquidated Disputed | | | $65,000.00 |
| H. Crimson Inc. d/b/a Omni Health 85 Broad Street, 29th Floor New York, NY 10004 | | Goods and Services | Unliquidated Disputed | | | $0.00 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| Landed PPE 17290 Preston Road Suite 3001 Dallas, TX 75252 | | Goods and Services | | | | $17,137.00 |

Software Copyright (c) 1996-2024 Best Case. LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Insource Supplies LLC
_____
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Luxe Medical Group 11329 S. Harlem Avenue Worth, IL 60482 | | Goods and Services | | | | $24,821.66 |
| NYS Department of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| One Dash Corp. 218 S. Brand Blvd. San Fernando, CA 91340 | | Loan | | | | $334,623.47 |
| Scott Pearlzweig CPA 100 Ryders Lane Suite 5-245 Milltown, NJ 08850 | | Professional Services | Unliquidated | | | $12,000.00 |
| State of New Jersey Dep't of Taxation PO Box 264 Trenton, NJ 08695-0264 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| Tidi Products 570 Enterprise Drive Neenah, WI 54956 | | Goods and Services | Disputed | | | $130,000.00 |
| Unitedhealthcare Services c/o Vitaly Vilenchik, Esq. Hinshaw & Culbertson LLP 800 Third Avenue, 13th Floor New York, NY 10022 | | Goods and Services | Disputed | | | $30,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Insource Supplies LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)                 

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 1, 2024      X _____
                                          Signature of individual signing on behalf of debtor

                                          Eli Bensoussan
                                          Printed name

                                          Managing Member
                                          Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Insource Supplies LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $ _____ 189,773.18

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $ _____ 189,773.18

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................... $ _____ 1,500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ +$ _____ 836,215.15

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b                                                                $ _____ 2,336,215.15

| Fill in this information to identify the case: |
| --- |

Debtor name    Insource Supplies LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  JPMorgan Chase Bank | Business Savings | 0895 | $11,200.36 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$11,200.36

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 123,893.02 | - | 0.00 | = .... | $123,893.02 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   Insource Supplies LLC _____   Case number *(if known)* _____
     Name

| 11b. Over 90 days old: | 321,904.50 | - | 321,904.50 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

                    **$123,893.02**

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

  ☒ No.   Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.   Go to Part 6.
  ☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** Pending orders subject to fulfillment | | $781,000.00 | | TBD |
| 21. | **Finished goods, including goods held for resale** Medical supplies - in litigation | | $54,679.80 | ADP Logistics | $54,679.80 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

    Add lines 19 through 22.   Copy the total to line 84.

                    **$54,679.80**

24. **Is any of the property listed in Part 5 perishable?**
  ☒ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☒ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☒ No
  ☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No.   Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | Insource Supplies LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Insource Supplies LLC _____    Case number *(if known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,200.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $123,893.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $54,679.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $189,773.18 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $189,773.18 |

**Fill in this information to identify the case:**

Debtor name    Insource Supplies LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1**  CFBank National Association | Describe debtor's property that is subject to a lien | $1,500,000.00    $123,893.02 |
| Creditor's Name | Trade receivables; Accounts Receivable | |
| c/o David A. Yarmesch, Esq. | | |
| Kemp Shaeffer & Rowe | | |
| 88 West Mound Street | | |
| Columbus, OH 43215 | | |
| Creditor's mailing address | Describe the lien | |
| | UCC-1 | |
| | **Is the creditor an Insider or related party?** | |
| | ☒ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ☐ No | |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ☒ No | Check all that apply | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | |
| | ☒ Unliquidated | |
| | ☐ Disputed | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,500,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    Insource Supplies LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | Unknown | Unknown |

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
For notice purposes

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
For notice purposes

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: Unknown    Priority amount: Unknown

**2.3** Priority creditor's name and mailing address
State of New Jersey
Dep't of Taxation PO Box 264
Trenton, NJ 08695-0264

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
For notice purposes

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: Unknown    Priority amount: Unknown

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Debtor  **Insource Supplies LLC**                                      Case number (if known) _____
_____
Name

out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Acme Paper & Supply Co., Inc.<br>8229 Sandy Court<br>Savage, MD 20763 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $120,000.00 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Goods and Services <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Armstrong Teasdale<br>7 Times Square, 44th Floor`<br>New York, NY 10036 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $102,633.02 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Legal <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>CIA Medical<br>7542 St. Louis Ave.<br><br>Skokie, IL 60076 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $65,000.00 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Goods and Services <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>H. Crimson Inc. d/b/a Omni Health<br>85 Broad Street, 29th Floor<br>New York, NY 10004 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Goods and Services <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Landed PPE<br>17290 Preston Road<br>Suite 3001<br>Dallas, TX 75252 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,137.00 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Goods and Services <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Luxe Medical Group<br>11329 S. Harlem Avenue<br>Worth, IL 60482 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,821.66 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Goods and Services <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>One Dash Corp.<br>218 S. Brand Blvd.<br>San Fernando, CA 91340 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $334,623.47 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:**  Loan <br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor   Insource Supplies LLC _____   Case number (if known) _____

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,000.00 |

3.8   Scott Pearlzweig CPA
100 Ryders Lane
Suite 5-245
Milltown, NJ 08850

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Professional Services
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.9   **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        $130,000.00

Tidi Products
570 Enterprise Drive
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Goods and Services
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.10   **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        $30,000.00

Unitedhealthcare Services
c/o Vitaly Vilenchik, Esq.
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Goods and Services
Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | Darrel R. Zall, Esq<br>.Kohner Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI 53212 | Line 3.9<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Harlan M. Lazarus, Esq.<br>Lazarus & Lazarus, P.C.<br>240 Madison Avenue, 8th Floor<br>New York, NY 10016 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ira Lee Oring, Esq.<br>Fedder & Garten LLP<br>10096 Red Run Boulevard, Suite 200<br>Owings Mills, MD 21117 | Line 3.1<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          0.00 |
| **5b. Total claims from Part 2** | 5b. + | $     836,215.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     836,215.15 |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    Insource Supplies LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or        Supply agreement
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any                        Astor Pharmaceutical
        government contract        _____        665 Union Avenue
                                                               Holtsville, NY 11742

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __Insource Supplies LLC__

United States Bankruptcy Court for the:    __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Eli Bensoussan | 252 South Street, No. 69E New York, NY 10002 | CFBank National Association | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Eli Bensoussan | 252 South Street, No. 69E New York, NY 10002 | One Dash Corp. | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |

## United States Bankruptcy Court
### Southern District of New York

In re    Insource Supplies LLC                                      Case No. _____
                                    Debtor(s)                        Chapter     11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    April 1, 2024                                    _____
                                                         Eli Bensoussan/Managing Member
                                                         Signer/Title

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com                    Best Case Bankruptcy

Acme Paper & Supply Co., Inc.
8229 Sandy Court
Savage, MD 20763

Armstrong Teasdale
7 Times Square, 44th Floor
New York, NY 10036

Astor Pharmaceutical
665 Union Avenue
Holtsville, NY 11742

CFBank National Association
c/o David A. Yarmesch, Esq.
Kemp Shaeffer & Rowe
88 West Mound Street
Columbus, OH 43215

CIA Medical
7542 St. Louis Ave.
Skokie, IL 60076

Darrel R. Zall, Esq.
Kohner Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212

Eli Bensoussan
252 South Street, No. 69E
New York, NY 10002

H. Crimson Inc. d/b/a Omni Health
85 Broad Street, 29th Floor
New York, NY 10004

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Ira Lee Oring, Esq.
Fedder & Garten LLP
10096 Red Run Boulevard, Suite 200
Owings Mills, MD 21117

Landed PPE
17290 Preston Road Suite 3001
Dallas, TX 75252

Luxe Medical Group
11329 S. Harlem Avenue
Worth, IL 60482

NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

One Dash Corp.
218 S. Brand Blvd.
San Fernando, CA 91340

Scott Pearlzweig CPA
100 Ryders Lane Suite 5-245
Milltown, NJ 08850

State of New Jersey
Dep't of Taxation
P.O. Box 264
Trenton, NJ 08695-0264

Tidi Products
570 Enterprise Drive
Neenah, WI 54956

Unitedhealthcare Services
c/o Vitaly Vilenchik, Esq.
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Fl
New York, NY 10022