UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

INSOURCE SUPPLIES, LLC,             Case No. 24-10571-jpm

                          CHAPTER 11

        Debtor.

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Samuel Dawidowicz
215 East 68th Street
New York, New York 10065
(917) 679-0382

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: April 3, 2024          William K. Harrington
                                       United States Trustee for Region 2
                                       U.S. Department of Justice
                                       One Bowling Green, Room 534
                                       New York, New York, 10004
                                       Tel. No. (212) 510-0500

                                       By: **/s/ Greg M. Zipes**
                                       Greg M. Zipes
                                       Trial Attorney