UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

INSOURCE SUPPLIES LLC,

                            Debtor.

--------------------------------------------------------X

      Chapter 11
      Case No. 24-10571-jpm

## **INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for May 7, 2024 at 1:00 pm (the "Designated Meeting Time") will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call In Information**

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

| **Call-in number** | **Code** |
|---|---|
| 877-461-9449 | 3753962 |

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: April 4, 2024

                                                             *By:*    */s/ Greg M. Zipes*
                                                                        Greg M. Zipes
                                                                        Trial Attorney
                                                                        One Bowling Green, Room 534
                                                                        New York, New York, 10004
                                                                        Tel. No. (212) 510-0500