**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                    Case No.: 24-10571-jpm

                                                                                                                   Chapter 11 – Subchapter V

INSOURCE SUPPLIES LLC,

                                              Debtor.

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Jeffrey M. Levinson, to be admitted, *pro hac vice*, to represent John T. Hillyer of Hillyer Group LLC, Receiver/Custodian, (the "Client") a party in interest in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bars of the United States District Courts for the Northern and Southern Districts of Ohio, it is hereby

ORDERED, that Jeffrey M. Levinson, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 17, 2024
       New York, New York                        /s/ John P. Mastando III
                                                          UNITED STATES BANKRUPTCY JUDGE