## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| INSOURCE SUPPLIES, LLC, | Case No.: 24-10571 |
| Debtor. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Daniel A. Yarmesch, to be admitted, ***pro hac vice***, to represent CFBank, National Association, (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the United States District Court for the Southern District of Ohio, it is hereby **ORDERED**, that Daniel A. Yarmesch, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

New York, New York  
Date: April 17, 2024

/S/ John P. Mastando III  
HONORABLE JOHN P. MASTANDO III  
UNITED STATES BANKRUPTCY JUDGE