**Jeffrey M. Levinson, Esq.**
**Levinson, LLP**
**3601 Green Road, Suite 200**
**Beachwood, Ohio 44122**
**(216) 514-4935**
**(216) 532-2212**
**jml@jml-legal.com**

**Attorney for John T. Hillyer of**
**Hillyer Group, LLC, Custodian**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

INSOURCE SUPPLIES LLC,

                            Debtor.

---------------------------------------------------------------x

Case No.: 24-10571-jpm

Chapter 11 – Subchapter V

### NOTICE OF HEARING ON MOTION OF JOHN T. HILLYER OF HILLYER GROUP, LLC, CUSTODIAN, FOR ORDER (I) EXCUSING COMPLIANCE WITH THE TURNOVER REQUIREMENT OF 11 U.S.C. § 543 AND (II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that on April 22, 2024, John T. Hillyer of Hillyer Group, LLC (the "Custodian"), in his capacity as the duly-appointed state court receiver for all assets of Insource Supplies, Inc. (the "Debtor"), debtor herein, filed the *Motion of John T. Hillyer of Hillyer Group, LLC, Custodian, for Order (i) Excusing Compliance with the Turnover Requirement of 11 U.S.C. § 543 and (ii) Granting Related Relief* (the "Motion").

---

[1] Note, the Motion (defined infra) was inadvertently filed with an incorrect response deadline. The correct deadline for actual receipt is April 30, 2024 at 4:00 p.m. ET, as indicated herein.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **May 7, 2024 at 2:00 p.m. (ET)** (the "Hearing"). In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website no later than 4:00 p.m. (ET) one business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection") to the relief requested in the Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Insource Supplies, LLC*, Case No. 24-10571-jpm by registered users of the Court's electronic filing system and in accordance with General Order M-399 (which is available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served in accordance with the Bankruptcy Rules and Local Rules so as to be **actually received** by **April 30, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Application, the Custodian shall, on or after the Objection Deadline, submit to

the Court an order granting the requested relief, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

Dated: April 22, 2024

Respectfully submitted,

*/s/ Jeffrey M. Levinson*
Jeffrey M. Levinson (0046746)
Levinson LLP
3601 Green Road, Suite 200
Beachwood, Ohio 44122
(216) 514-4935
(216) 532-2212 (fax)
jml@jml-legal.com

Counsel for John T. Hillyer of Hillyer Group LLC, Receiver/Custodian

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that notice of the foregoing NOTICE OF HEARING ON MOTION OF JOHN T. HILLYER OF HILLYER GROUP, LLC, CUSTODIAN, FOR ORDER (I) EXCUSING COMPLIANCE WITH THE TURNOVER REQUIREMENT OF 11 U.S.C. § 543 AND (II) GRANTING RELATED RELIEF was given by the Court's automatic noticing system on April 22, 2024 to all parties having requested notice herein, including the parties listed below.

                                          */s/ Jeffrey M. Levinson*
                                          Jeffrey M. Levinson (0046746)

| | | |
|---|---|---|
| **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>Goldberg Weprin Finkel Goldstein LLC<br>125 Park Avenue<br>Ste 12th Floor<br>New York, NY 10017<br>212-221-5700<br>212-221-6532 (fax)<br>TDonovan@GWFGlaw.com<br> *Assigned: 04/02/2024* | representing | **Insource Supplies LLC**<br>252 South Street, No. 69E<br>New York, NY 10002<br>*(Debtor)* |
| **Scott Nathan Schaeffer**<br>Kemp, Schaeffer & Rowe Co., L.P.A.<br>88 W. Mound Street<br>Columbus, OH 43235<br>614-224-2678<br>614-469-7170 (fax)<br>scott@ksrlegal.com<br> *Assigned: 04/11/2024* | representing | **CFBank, National Association**<br>4960 E. Dublin-Granville Road<br>Suite 400<br>Columbus, OH 43081<br>*(Creditor)* |
| **Daniel Anthony Yarmesch**<br>KEMP, SCHAEFFER & ROWE CO., L.P.A.<br>88 West Mound St.<br>Columbus, OH 43215<br>614-232-8686<br>dyarmesch@ksrlegal.com<br> *Assigned: 04/11/2024* | representing | **CFBank, National Association**<br>4960 E. Dublin-Granville Road<br>Suite 400<br>Columbus, OH 43081<br>*(Creditor)* |
| **Greg M. Zipes**<br>DOJ-Ust<br>Alexander Hamilton Custom | representing | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House |

| | |
|---|---|
| House<br>One Bowling Green<br>Ste 534<br>New York, NY 10004<br>212-510-0500<br>greg.zipes@usdoj.gov<br> *Assigned: 04/03/2024* | One Bowling Green, Room 534<br>New York, NY 10004-1408<br>(212) 510-0500<br>(212) 668-2255 (fax)<br>USTPRegion02.NYECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Samuel Dawidowicz**<br>215 E. 68th Street<br>Suite 20M<br>New York, NY 10065<br>947-679-0382<br>samueldawidowicz@gmail.com | Trustee |