UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                          Chapter 11/Subchapter V

Insource Supplies LLC,                                          Case No. 24-10571-JPM

                              Debtor.

-----------------------------------------------------------x

## ORDER DENYING MOTION TO EXCUSE THE RECEIVER'S COMPLIANCE WITH THE TURNOVER PROVISIONS

Upon consideration of the motion of John T. Hillyer of Hillyer Group, LLC (the "Receiver") [ECF No. 14] seeking to excuse the Receiver's compliance with the turnover requirements of 11 U.S.C §543, and the motion having been joined by CF Bank, National Association [ECF No. 21] and upon considering the Opposition to the motion filed by the Debtor [ECF No. 23]; and the matter having come on for a hearing before the undersigned on May 7, 2024, and after hearing the arguments of counsel, and based upon the bench ruling made during the hearing and read into the record which is incorporated herein, it is hereby

**ORDERED**, that the Motion to excuse the Receiver's compliance with the turnover provision of the Bankruptcy Code, be and the same, is hereby denied; and it is further

**ORDERED**, that the Receiver shall forthwith turnover possession of the Debtor's property or proceeds in his possession, including all bank deposits, collections, books and records relating to the Debtor's business upon entry of this Order; and it is further

**ORDERED**, that the Receiver shall also file an accounting in accordance with the provisions of 11 U.S.C §543 and shall not communicate with customers of the Debtor.

Dated: New York, New York
       May 22, 2024

                                                /s/ John P. Mastando III
                                         **HONORABLE JOHN P. MASTANDO III**
                                         **UNITED STATES BANKRUPTCY JUDGE**