Jeffrey Traurig
TRAURIG LAW LLC
43 West 43rd Street, Suite 73
New York, NY 10036
(646) 974-8650
jtraurig@trauriglaw.com
**Counsel for Creditor CFBank, N.A.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 24-10571-jpm |
| INSOURCE SUPPLIES LLC, | Chapter 11 – Subchapter V |
| Debtor. | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jeffrey Traurig, declare under penalty of perjury that I am an attorney at Traurig Law LLC, counsel to CFBank, National Association, a creditor in the above-captioned Debtor's case.

On June 10, 2024, I caused a true and correct copy of following document (together with notice, exhibit and proposed order) to be served on the service list attached hereto as Exhibit A, in the manner described therein.

1) Application of Creditor CFBank, National Association for an Order Authorizing Bankruptcy Rule 2004 Discovery (Docket No. 28)

Respectfully submitted,

Dated: June 10, 2024             **TRAURIG LAW LLC**

By: /s/ Jeffrey Traurig
Jeffrey M. Traurig
43 West 43rd Street, Suite 73
New York, NY 10036
(646) 974-8650
jtraurig@trauriglaw.com

*Counsel for CFBank, National Association*

# EXHIBIT A
# Service List

Via Email and U.S Postal Service First Class Mail

Goldberg Weprin Finkel Goldstein LLP
Attn: J. Ted Donovan and Kevin Nash
125 Park Avenue
Ste 12th Floor
New York, NY 10017
TDonovan@gwfglaw.com
knash@gwfglaw.com

Via Email

Jeffrey M. Levinson
Levinson LLP
3601 Green Road, Suite 200
Beachwood, Ohio 44122
jml@jml-legal.com

Greg M. Zipes
DOJ-US Trustee
Alexander Hamilton Custom House
One Bowling Green, Ste 534
New York, NY 10004
greg.zipes@usdoj.gov

Harlan Mitchell Lazarus
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, NY 10016
hlazarus@lazarusandlazarus.com

Samuel Dawidowicz
215 East 68th Street
Suite 20m
New York, NY 10065
samueldawidowicz@gmail.com