| UNITED STATES BANKRUPTCY COURT | Presentment Date and Time: |
| EASTERN DISTRICT OF NEW YORK | July 22, 2024 at 12:00 noon |

------------------------------------------------------------x

| In re: | Chapter 11 |
|---|---|
| Insource Supplies LLC, | Case No. 24-10571-JPM |
| Debtor. | |

------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF PROPOSED ORDER FOR THE RETENTION OF GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP AS COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE** that the annexed is a true and correct copy a proposed Order approving the retention of Goldberg Weprin Finkel Goldstein LLP as counsel for Insource Supplies LLC (the "Debtor"), together with the application of the Debtor therefor and the Declaration of Kevin J. Nash, Esq. and the Declaration of Eli Bensoussan in support thereof, which Order will be presented for settlement to the Honorable John P. Mastando III at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York , NY 10004 on July 22, 2024 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that objections to proposed Order or requests for a hearing must be in writing, and be filed with the Court through its ECF system so as to be received no later than July 19, 2024.

**PLEASE TAKE FURTHER NOTICE**, that any timely objections will be considered at a hearing to be held on notice to the Objectant.

Dated: New York, NY
July 3, 2024

                                                GOLDBERG WEPRIN
                                                FINKEL GOLDSTEIN LLP
                                                Attorneys for the Debtor
                                                125 Park Avenue, 12th Floor
                                                New York, New York 10017
                                                (212) 221-5700

                                                By:    /s/ J. Ted Donovan, Esq.