GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP                Hearing: 09/25/2024 at 10:00 a.m./p.m.
*Counsel for Debtor*
125 Park Avenue, 12th Floor
New York, New York 10017
Tel. (212) 221-5700
Kevin J. Nash, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 11

Insource Supplies LLC,                                        Case No. 24-10571-JPM

                                        Debtor.
-------------------------------------------------------------x

# NOTICE OF HEARING ON DEBTOR'S OMNIBUS MOTION FOR
# (I) APPROVAL AND ENTRY OF STIPULATED ORDER WITH CF BANK AND
# (II) AUTHORIZING USE OF CASH COLLATERAL

**PLEASE TAKE NOTICE** that on August 12, 2024, Insource Supplies LLC, the debtor herein (the "Debtor"), by its counsel, Goldberg Weprin Finkel Goldstein LLP, filed *Debtor's Omnibus Motion for (I) Approval of a Stipulation of Settlement with CF Bank and (II) Authorizing Use of Cash Collateral* [ECF No. 37] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **September 25, 2024, at 10:00 a.m./p.m.**, or as soon thereafter as counsel may be heard, before Judge John P. Mastando III in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall not be held in person but will be conducted remotely via Zoom for Government in accordance with General Order M-543 dated March 20, 2020. Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the

Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mastando's courtroom deputy for instructions at (212) 284-4073.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be continued or adjourned from time to time without further notice other than by an announcement of the adjourned date at the Hearing.

Dated: New York, New York
August 13, 2024

GOLDBERG WEPRIN FINKEL
GOLDSTEIN, LLP
*Attorneys for the Debtor*
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700

By: /s/ Kevin J. Nash, Esq.
Kevin J. Nash, Esq.