**EXHIBIT "B"**

**LIQUIDATION ANALYSIS**

| ASSETS | |
|---|---|
| Available Cash: Chase pre-petition<br>　　　　　　　　TD Bank post-petition | $11,200<br>$39,693 |
| Accounts Receivable:<br>Pre-petition Accounts Receivable<br>Post-petition Astor | <br>TBD<br>$43,000 |
| Intangibles – good will, intellectual property including trade name, trademark, website, customer list | $ 0 |
| **Total Assets at Liquidation Value** | Approximately $94,000<br>(plus miscellaneous Accounts Receivable) |
| | |
| **LESS** | |
| Secured Claim | $1,500,000 |
| Chapter 11 Administrative Expenses | $75,000 |
| Priority Tax Claims | $66.00 |
| General Unsecured Creditors | $850,000 |
| **Projected Funds available to pay General Unsecured Creditors in Liquidation** | 0.00% |