# EXHIBIT "C"

# FINANCIAL PROJECTIONS

.

| Cash Income 2024 | November | December |
|---|---|---|
| Sales | $50,000 | $50,000 |

| EXPENSES - EMPLOYMENT | November | December |
|---|---|---|
| **PERMANENT** | | |
| SALARIES/WAGES | $ 15,000.00 | $ 15,000.00 |
| Sales Agent Salary | $3,000 | $3,000 |
| Bookkeeping | $1,000 | $1,000 |
| **TOTAL PERMANENT EMPLOYMENT** | $ 19,000.00 | $ 19,000.00 |

| EXPENSES - OPERATIONAL | November | December |
|---|---|---|
| **GENERAL/ADMIN** | | |
| BANKING FEES | $50 | $50 |
| ACCOUNTING FEES | | |
| OFFICE SUPPLIES | $250 | $250 |
| BUSINESS INSURANCE | $1,081 | $1,081 |
| Mobile Phone | $350.00 | $350.00 |
| Internet | $120 | $120 |
| OTHER | | |
| **TOTAL GENERAL/ADMIN** | $ 1,851.00 | $ 1,851.00 |
| **OPERATIONS** | | |
| Airfare | | |
| TRANSPORTATION (Uber/Taxi) | $ - | $ - |
| Hotel and Lodging | | |
| OTHER | | |
| OTHER | | |
| OTHER | | |
| **TOTAL OPERATIONS** | $ - | $ - |
| **WEBSITE/MOBILE APP** | | |
| DOMAIN | $240 | $240 |
| HOSTING | $17.99 | $17.99 |
| Web Services/ IT | $350 | $350 |
| Client Meals and Entertainment | $ - | $ - |
| OTHER | | |
| **TOTAL WEBSITE/MOBILE APP** | $ 608.00 | $ 608.00 |

| | | |
|---|---|---|
| **TOTAL EXPENSES CASH OUT** | $21,459.00 | $21,459.00 |
| **NET CASH FLOW** | $28,451 | $28,451 |

2024 Projected Total Net Cash Flow:  $56,902

| Cash Income 2025 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $58,000 | $58,000 | $58,000 | $58,000 | $58,000 | $50,000 | 50,000 | $50,000 | $58,000 | $58,000 | $58,000 | $58,000 |
| **EXPENSES - EMPLOYMENT** | | | | | | | | | | | | |
| **PERMANENT** | | | | | | | | | | | | |
| SALARIES/WAGES | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Sales Agent Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Bookkeeping | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| PERMANENT EMPLOYMENT | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 |
| **EXPENSES - OPERATIONAL** | | | | | | | | | | | | |
| **GENERAL/ADMIN** | | | | | | | | | | | | |
| BANKING FEES | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| ACCOUNTING FEES | $6,000 | | | | | | | | | | | |
| OFFICE SUPPLIES | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| BUSINESS INSURANCE | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 |
| Mobile Phone | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Internet | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL GENERAL/ADMIN | $7,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 |
| **OPERATIONS** | | | | | | | | | | | | |
| Airfare | | | | | | | | | | | | |
| TRANSPORTATION (Uber/Taxi) | | | | | | | | | | | | |
| Hotel and Lodging | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL OPERATIONS | | | | | | | | | | | | |
| **WEBSITE/MOBILE APP** | | | | | | | | | | | | |
| DOMAIN | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 |
| HOSTING | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 |
| Web Services/ IT | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| Client Meals and Entertainment | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL WEBSITE/MOBILE APP | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 |
| **TOTAL EXPENSES CASH OUT** | $27,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,549.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 |
| **NET CASH FLOW** | $30,541 | $36,541 | $36,541 | $36,541 | $36,541 | $28,541 | $28,541 | $28,541 | $28,541 | $28,541 | $28,541 | $28,541 |

2025 Projected Total Net Cash Flow: $376,492

| Cash Income 2026 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $63,800 | $63,800 | $63,800 | $63,800 | $63,800 | $55,000 | 55,000 | $55,000 | $63,800 | $63,800 | $63,800 | $63,800 |
| **EXPENSES - EMPLOYMENT** | | | | | | | | | | | | |
| **PERMANENT** | | | | | | | | | | | | |
| SALARIES/WAGES | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Sales Agent Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Bookkeeping | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| PERMANENT EMPLOYMENT | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 |
| **EXPENSES - OPERATIONAL** | | | | | | | | | | | | |
| **GENERAL/ADMIN** | | | | | | | | | | | | |
| BANKING FEES | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| ACCOUNTING FEES | $6,000 | | | | | | | | | | | |
| OFFICE SUPPLIES | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| BUSINESS INSURANCE | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 |
| Mobile Phone | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Internet | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL GENERAL/ADMIN | $ 7,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 |
| **OPERATIONS** | | | | | | | | | | | | |
| Airfare | | | | | | | | | | | | |
| TRANSPORTATION (Uber/Taxi) | | | | | | | | | | | | |
| Hotel and Lodging | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL OPERATIONS | | | | | | | | | | | | |
| **WEBSITE/MOBILE APP** | | | | | | | | | | | | |
| DOMAIN | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 |
| HOSTING | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 |
| Web Services/ IT | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| Client Meals and Entertainment | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL WEBSITE/MOBILE APP | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 |
| **TOTAL EXPENSES CASH OUT** | $27,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,549.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 |
| **NET CASH FLOW** | $36,341 | $42,341 | $42,341 | $42,341 | $42,341 | $33,451 | $33,451 | $33,451 | $42,341 | $42,341 | $42,341 | $42,341 |

2026 Projected Total Net Cash Flow: $475,422

| Cash Income 2027 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $70,180 | $70,180 | $70,180 | $70,180 | $70,180 | $55,000 | 55,000 | $55,000 | $70,180 | $70,180 | $70,180 | $70,180 |
| **EXPENSES - EMPLOYMENT** | | | | | | | | | | | | |
| **PERMANENT** | | | | | | | | | | | | |
| SALARIES/WAGES | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Sales Agent Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Bookkeeping | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| PERMANENT EMPLOYMENT | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 |
| **EXPENSES - OPERATIONAL** | | | | | | | | | | | | |
| **GENERAL/ADMIN** | | | | | | | | | | | | |
| BANKING FEES | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| ACCOUNTING FEES | $6,000 | | | | | | | | | | | |
| OFFICE SUPPLIES | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| BUSINESS INSURANCE | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 |
| Mobile Phone | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Internet | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL GENERAL/ADMIN | $ 7,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 |
| **OPERATIONS** | | | | | | | | | | | | |
| Airfare | | | | | | | | | | | | |
| TRANSPORTATION (Uber/Taxi) | | | | | | | | | | | | |
| Hotel and Lodging | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL OPERATIONS | | | | | | | | | | | | |
| **WEBSITE/MOBILE APP** | | | | | | | | | | | | |
| DOMAIN | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 |
| HOSTING | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 |
| Web Services/ IT | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| Client Meals and Entertainment | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL WEBSITE/MOBILE APP | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 |
| **TOTAL EXPENSES CASH OUT** | $27,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,549.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 |
| **NET CASH FLOW** | $42,721 | $48,631 | $48,631 | $48,631 | $48,631 | $33,451 | $33,451 | $33,451 | $48,631 | $48,631 | $48,631 | $48,631 |

2027 Projected Total Net Cash Flow: $532,122

| Cash Income 2028 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $77,198 | $77,198 | $77,198 | $77,198 | $77,198 | $55,000 | 55,000 | $55,000 | $77,198 | $77,198 | $77,198 | $77,198 |
| **EXPENSES - EMPLOYMENT** | | | | | | | | | | | | |
| **PERMANENT** | | | | | | | | | | | | |
| SALARIES/WAGES | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Sales Agent Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Bookkeeping | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| PERMANENT EMPLOYMENT | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 |
| **EXPENSES - OPERATIONAL** | | | | | | | | | | | | |
| **GENERAL/ADMIN** | | | | | | | | | | | | |
| BANKING FEES | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| ACCOUNTING FEES | $6,000 | | | | | | | | | | | |
| OFFICE SUPPLIES | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| BUSINESS INSURANCE | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 |
| Mobile Phone | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Internet | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL GENERAL/ADMIN | $ 7,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 | $ 1,851.00 |
| **OPERATIONS** | | | | | | | | | | | | |
| Airfare | | | | | | | | | | | | |
| TRANSPORTATION (Uber/Taxi) | | | | | | | | | | | | |
| Hotel and Lodging | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL OPERATIONS | | | | | | | | | | | | |
| **WEBSITE/MOBILE APP** | | | | | | | | | | | | |
| DOMAIN | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 |
| HOSTING | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 |
| Web Services/ IT | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| Client Meals and Entertainment | | | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | | | |
| TOTAL WEBSITE/MOBILE APP | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 | $ 608.00 |
| **TOTAL EXPENSES CASH OUT** | $27,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,549.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 |
| **NET CASH FLOW** | $49,739 | $55,739 | $55,739 | $55,739 | $55,739 | $33,451 | $33,451 | $33,451 | $55,739 | $55,739 | $55,739 | $55,739 |

2028 Projected Total Net Cash Flow: $596,004

| Cash Income 2029 | January | February | March | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $77,331 | $77,331 | $77,331 | $77,331 | $77,331 | $55,000 | 55,000 | $55,000 | $77,331 | $77,331 |
| **EXPENSES - EMPLOYMENT** | | | | | | | | | | |
| **PERMANENT** | | | | | | | | | | |
| SALARIES/WAGES | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Sales Agent Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Bookkeeping | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| PERMANENT EMPLOYMENT | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 |
| **EXPENSES - OPERATIONAL** | | | | | | | | | | |
| **GENERAL/ADMIN** | | | | | | | | | | |
| BANKING FEES | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| ACCOUNTING FEES | $6,000 | | | | | | | | | |
| OFFICE SUPPLIES | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| BUSINESS INSURANCE | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 | $1,081 |
| Mobile Phone | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Internet | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 |
| OTHER | | | | | | | $ - | $ - | | |
| TOTAL GENERAL/ADMIN | $7,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 | $1,851.00 |
| **OPERATIONS** | | | | | | | | | | |
| Airfare | | | | | | | | | | |
| TRANSPORTATION (Uber/Taxi) | | | | | | | | | | |
| Hotel and Lodging | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | |
| OTHER | | | | | | | $ - | $ - | | |
| OTHER | | | | | | | $ - | $ - | | |
| TOTAL OPERATIONS | | | | | | | | | | |
| **WEBSITE/MOBILE APP** | | | | | | | | | | |
| DOMAIN | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 |
| HOSTING | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 |
| Web Services/ IT | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| Client Meals and Entertainment | | | | | | | | | | |
| OTHER | | | | | | | $ - | $ - | | |
| TOTAL WEBSITE/MOBILE APP | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 | $608.00 |
| **TOTAL EXPENSES CASH OUT** | $27,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,459.00 | $21,549.00 | $21,459.00 | $21,459.00 | $21,459.00 |
| **NET CASH FLOW** | $49,872 | $55,782 | $55,782 | $55,782 | $55,782 | $33,451 | $33,451 | $33,451 | $55,782 | $55,782 |

2029 Projected Total Net Cash Flow:  $484,917