```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                    Chapter 11

Insource Supplies LLC,                    Case No. 24-10571-JPM

                    Debtor.
------------------------------------------------------------x
```

**ORDER AUTHORIZING NOTICE OF DEBTOR'S SECOND AMENDED CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION AND SCHEDULING THE CONFIRMATION HEARING AND RELATED SUBMISSION DATES**

Upon consideration of the request of Insource Supplies LLC, the above-captioned Subchapter V debtor (the "Debtor"), for entry of an order scheduling a hearing on the Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization [ECF No. 46], as may be further modified or amended (the "Revised Plan"), and fixing deadlines for voting and objections; it is hereby

**ORDERED** that the Debtor, by its counsel, Goldberg Weprin Finkel Goldstein LLP, shall move at hearing to be held on **October 16, 2024, at 10:00 a.m.**, (the "Confirmation Hearing") before Judge John P. Mastando III in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408, for the entry of an order (the "Confirmation Order") confirming the Revised Plan. The Confirmation Hearing shall be held in person; and it is further

**ORDERED** that on or before September 13, 2024, the Debtor shall mail a solicitation package containing (i) a copy of this Order (ii) the Revised Plan, and (iii) a ballot substantially in the form of ballot filed with the Court at ECF No. 47 (the "Ballot"), to all known creditors, all entities that have filed a Notice of Appearance, the Subchapter V Trustee and the United States Trustee; and it is further

**ORDERED** that any responses or objections to confirmation of the Plan must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be both filed with the Clerk of this Court (instructions for electronic filing can be found at https://www.nysb.uscourts.gov/e-filing-instructions-and-filing-information) by no later than 5:00 p.m., Eastern Time, on **October 2, 2024**; and it is further

**ORDERED** that the Debtor shall file with the Court a reply, if any, to any objection, together with all declarations and other written submissions upon which the Debtor intends to rely in support of confirmation of the Revised Plan no later than **October 9, 2024**; and it is further

**ORDERED** that all Ballots for voting on the Revised Plan shall be executed and delivered by mail or e-mail to counsel for the Debtors at:

Goldberg Weprin Finkel Goldstein, LLC
125 Park Avenue, 12th Floor
New York, New York 10017
E-mail: KJNash@gwulaw.com

so as to be actually received no later than **October 2, 2024 at 5:00 p.m.**, prevailing Eastern time; and it is further

**ORDERED** that Counsel for the Debtors shall file the certification of the balloting on or before **October 9, 2024**; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
September 12, 2024

/S/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE