GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
Jeremiah J. Vandermark
125 Park Avenue, 12th Floor
New York, NY 10017
(212) 221-5700
jvandermark@gwfglaw.com
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Insource Supplies LLC, | Case No. 24-10571-JPM |
| Debtor. | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2024, the undersigned caused true and correct copies of the following documents to be served via United States first class mail, postage prepaid, upon the recipients listed in the Service List annexed hereto as **Exhibit A**:

- **Order Authorizing Notice of Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization and Scheduling the Confirmation Hearing and Related Submission Dates [ECF No. 48]**

- **Debtor's Second Amended Subchapter V Plan of Reorganization [ECF No. 46]**

- **Form of Ballot [ECF No. 47]**

Dated: New York, New York
      September 13, 2024

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**

*/s/ Jeremiah J. Vandermark*
Jeremiah J. Vandermark
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700
jvandermark@gwfglaw.com

*Attorneys for the Debtor*

# EXHIBIT A
**[Service List]**

Acme Paper & Supply Co., Inc.
8229 Sandy Court
Savage, MD 20763

Armstrong Teasdale
7 Times Square, 44th Floor
New York, NY 10036

Astor Pharmaceutical
665 Union Avenue
Holtsville, NY 11742

CFBank National Association
c/o Jeffrey M. Traurig, Esq.
Traurig Law LLC
43 West 43rd Street, Suite 73
New York, NY 10036

CFBank National Association
c/o David A. Yarmesch, Esq.
Kemp Shaeffer & Rowe
88 West Mound Street
Columbus, OH 43215

CIA Medical
7542 St. Louis Ave.
Skokie, IL 60076

Eli Bensoussan
252 South Street, No. 69E
New York, NY 10002

H. Crimson Inc. d/b/a Omni Health
85 Broad Street, 29th Floor
New York, NY 10004

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Ira Lee Oring, Esq.
Fedder & Garten LLP
10096 Red Run Boulevard, Suite 200
Owings Mills, MD 21117

Landed PPE
17290 Preston Road Suite 3001
Dallas, TX 75252

Luxe Medical Group
11329 S. Harlem Avenue
Worth, IL 60482

NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

One Dash Corp.
218 S. Brand Blvd.
San Fernando, CA 91340

Scott Pearlzweig CPA
100 Ryders Lane Suite 5-245
Milltown, NJ 08850

State of New Jersey
Division of Taxation - Bankruptcy
P.O. Box 245
Trenton, NJ 08695

Tidi Products
c/o Darrel R. Zall, Esq.
Kohner, Mann & Kailas S.C.
4650 North Port Washington Road
Milwaukee, WI 53212

Unitedhealthcare Services
c/o Vitaly Vilenchik, Esq.
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Fl
New York, NY 10022

Office of the U.S. Trustee
One Bowling Green
New York, NY 10004

Samuel Dawidowicz
Subchapter V Trustee
215 East 68th Street, Ste 20m
New York, NY 10065

Unitedhealthcare Services
Attn: CDM/Bankruptcy
185 Asylum Street, 03B
Hartford, CT 06103

Perlzweig CPA PC
100 Ryders Lane, Suite 5-245
Milltown, NJ 08850

Florida Department of Revenue, Bankruptcy Unit
c/o Frederick F. Rudzik, Esq.
Post Office Box 6668
Tallahassee, FL 32314