UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                             Chapter 11 (Subchapter V)

Insource Supplies LLC,                             Case No. 24-10571-JPM

                          Debtor.
------------------------------------------------------------x

## NOTICE

Please take notice that in view of the filing of the Certificate of No Objection [ECF No. 50], the Court will enter an order without need for the hearing scheduled for tomorrow, September 25, 2024.  The next hearing in the above-captioned matter is scheduled for October 16, 2024, at 10:00 a.m. [*see* ECF No. 48]

Dated: New York, New York
       September 24, 2024

                              GOLDBERG WEPRIN FINKEL
                              GOLDSTEIN LLP
                              125 Park Avenue, 12th Fl.
                              New York, New York   10017
                              (212) 221-5700


                              By:  /s/ Kevin J. Nash_____

                              *Attorneys for the Debtor*