UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:  Chapter 11 (Subchapter V)

Insource Supplies, LLC,  Case No. 24-10571 (JPM)

                  Debtor.

-----------------------------------------------------------x

# ORDER CONFIRMING DEBTOR'S SECOND AMENDED SUBCHAPTER V CHAPTER 11 PLAN OF REORGANIZATION

The Court having considered the Second Amended Plan of Reorganization [ECF No. 46] (the "Plan")[1] filed by Insource Supplies LLC (the "Debtor"), together with all exhibits thereto; and (ii) having entered an Order dated September 12, 2024 [ECF No. 48] (the "Scheduling Order") scheduling a hearing on confirmation of the Plan (the "Hearing"), which was adjourned to November 6, 2024 at 10:00 a.m.; and the notice of the Hearing and the Plan having been duly transmitted to creditors and other parties in interest in accordance with the Scheduling Order as per the Affidavit of Service dated September 13, 2024 [ECF No. 49]; and the Debtor having filed a Certification of Ballots dated October 10, 2024 [ECF No. 57] together with the supporting Declaration of Eli Bensoussan dated October 31, 2024 [ECF No. 55]; and no objection to the Plan having been filed or raised at the Hearing; and based upon the record compiled at the Hearing, including the proffer made on the Debtor's behalf; and after hearing from all counsel appearing at the Hearing and the Court having determined that the requirements for confirmation have been satisfied:

---

[1] All capitalized terms defined in the Plan shall have the same meaning for purposes of this Order.

1

**THE COURT FINDS AND CONCLUDES[2]:**

A. Proper, timely and adequate notice of the Hearing and the Plan was given by the Debtor, and no further or other notice is required.

B. The Plan complies with the provisions of 11 U.S.C. §1129(b) and 1191(b).

C. At least one impaired class of claims creditors voted to accept the Plan.

**IT IS THEREFORE ORDERED that:**

1. The Plan is Confirmed pursuant to Sections 1129(b) and 1191(b) of the Bankruptcy Code.

2. The Debtor is authorized to implement and consummate the Plan.

3. The Debtor shall comply with the reporting requirements for a confirmed Chapter 11 debtor under Subchapter V of Chapter 11 of the Bankruptcy Code until the entry of a Final Decree.

4. The terms and provisions of this Order shall be binding upon, and shall inure to the benefit of, the Debtor, the Reorganized Debtor, its successors and assigns, and shall be binding upon all creditors, and their successors and assigns, whether or not such creditor accepted the Plan.

5. The Court shall retain jurisdiction to, among other things, interpret, adjudicate, implement, and enforce the terms and provisions of this Order and the Plan pending entry of a Final Decree.

6. Pursuant to Bankruptcy Rule 3020(e), this Order is effective immediately without a stay of fourteen (14) days.

7. The Debtor shall file and serve a Notice of Substantial Consummation of the Plan

---

[2] In accordance with Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Court makes the following findings of fact and conclusions of law, which support confirmation of the Plan.

within five days of such occurrence and will simultaneously provide a copy thereof to the Office of the United States Trustee and the Subchapter V Trustee.

8. The Subchapter V Trustee shall be discharged from his duties upon substantial consummation of the Plan.

Dated: New York, New York
December 17, 2024

/S/ John P. Mastando III
**HON. JUDGE P. MASTANDO III**
**UNITED STATES BANKRUPTCY JUDGE**